Aksana M. Coone, Esq. (SBN 190125)
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9650
Facsimile: (310) 954-9008
Email: aksana@coonelaw.com

Attorneys for Plaintiff,
JOHN KAMINSKI

Andre M. Picciurro, Esq. (SBN 239132)
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
jmeyer@grsm.com
apicciurro@grsm.com
Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KAMINSKI<br><br>Plaintiff,<br><br>Vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendant. | Case No.: 2:18-cv-9402 MRW<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE<br><br>Complaint filed: November 4, 2018<br>Judge: Hon. Michael R. Wilner |

## **ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice; and

1

2. Each party is to bear its/his own fees and costs;

**IT IS SO ORDERED.**

Dated: November 22, 2019

_____
HONORABLE MICHAEL R. WILNER
United States Magistrate Judge